**Electronically Filed
Supreme Court
SCPW-22-0000614
19-OCT-2022
01:29 PM
Dkt. 5 ODDP**

SCPW-22-0000614

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE KEVIN N. NAKAYAMA, Petitioner.

---

ORIGINAL PROCEEDING

ORDER

(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the Petitioner's October 18, 2022 petition for a writ of mandamus, and the record in 1CPC-19-0001582, 1CPC-20-0000363, and 1CPC-21-0000331, we conclude that the Petitioner has failed to demonstrate that he has a clear and indisputable right to relief and no other remedy, see State ex rel. Kaneshiro v. Huddy, 82 Hawaiʻi 188, 193, 921 P.2d 108, 113 (1996). Therefore,

IT IS ORDERED that the petition is denied.

DATED: Honolulu, Hawaiʻi, October 19, 2022.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins

